389 A.2d 696

Crowley Leasing Corporation, Appellant, v. Streavig et ux.

Argued March 13, 1978. Clyde E. Williamson, with him Jack F. Ream, for appellant; W. Reamer, with him Eugene R. Campbell, for appellees.

Order affirmed.

389 A.2d 697

Early et ux., Appellants, v. Hershey Medical Center Hospital.

Argued March 13, 1978. F. Lee Shipman, with him Goldberg, Evans & Katzman, for appellants; Grant H. Fleming, with him McQuaide, Blasko & Brown, for appellee.

Order affirmed.